# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 26-5235**                                          **September Term, 2025**

**1:24-cv-00645-DLF**

**Filed On:** June 25, 2026

Heritage Foundation and Mike Howell,

       Appellees

    v.

United States Department of Justice,

       Appellee

Joseph R. Biden, Jr.,

       Appellant

    **BEFORE:**    Srinivasan, Chief Judge, and Katsas and Pan, Circuit Judges

### O R D E R

Upon consideration of the emergency motion for injunction pending appeal and the unopposed motion to establish a briefing schedule governing the emergency motion, it is

**ORDERED** that appellees file responses to the emergency motion by June 30, 2026.  Any reply is due by July 3, 2026.  It is

**FURTHER ORDERED** that the Department of Justice provide the court with a copy of the Zwonitzer materials, as it intends to release them, by June 29, 2026.

**Per Curiam**

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

          BY:    /s/
                Selena R. Gancasz
                Deputy Clerk