**ORAL ARGUMENT NOT YET SCHEDULED**

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| HERITAGE FOUNDATION, *et al.*, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, <br><br> Defendant-Appellee, <br><br> & <br><br> JOSEPH R. BIDEN, JR., <br><br> Defendant-Intervenor-Appellant. | No. 26-5235 |

**NOTICE OF *EX PARTE* FILING**

On June 25, this Court ordered the government "to provide the court with a copy of the Zwonitzer materials, as it intends to release them, by June 29, 2026." The government hereby provides notice that, in accordance with instructions provided by the Clerk's Office, the government has uploaded a copy of the transcripts and audio recordings to the Court's Box.com Repository for Sealed Filings. The transcripts contain redactions in see-

through format; the government intends to apply the marked redactions before releasing the transcripts to plaintiffs. The audio recordings are already redacted to reflect the redactions marked in the transcripts.

Respectfully submitted,

DANIEL TENNY

*/s/ Sean R. Janda*

SEAN R. JANDA
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7260*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 514-3388*
  *sean.r.janda@usdoj.gov*