# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 26-5235**                                    **September Term, 2025**

1:24-cv-00645-DLF

**Filed On:**  July 10, 2026

Heritage Foundation and Mike Howell,

        Appellees

    v.

United States Department of Justice,

        Appellee

Joseph R. Biden, Jr.,

        Appellant

      **BEFORE:**    Srinivasan, Chief Judge, and Katsas and Pan, Circuit Judges

## O R D E R

      Upon consideration of the emergency motion for an injunction pending appeal, the oppositions thereto, the reply, and the materials described in the notice of ex parte filing, it is

      **ORDERED**, on the court's own motion, that an administrative injunction be entered and the Department of Justice be enjoined from releasing the contested Zwonitzer materials to the Heritage Foundation and Mike Howell until 11:59 p.m. on Monday, July 20, 2026.  The purpose of this administrative injunction is to give the court sufficient opportunity to consider the emergency motion for an injunction pending appeal and should not be construed in any way as a ruling on the merits of that motion.  See D.C. Circuit Handbook of Practice and Internal Procedures 33 (2025).

**Per Curiam**

                      **FOR THE COURT:**
                      Clifton B. Cislak, Clerk

           BY:    /s/
                      Selena R. Gancasz
                      Deputy Clerk