# IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

HERITAGE FOUNDATION,

MIKE HOWELL,

      *Plaintiffs-Appellees*,

    v.

U.S. DEPARTMENT OF JUSTICE,

      *Defendant-Appellee,*

    and

JOSEPH R. BIDEN, JR.,

      *Defendant-Intervenor-Appellant*.

No. 26-5235

## STATEMENT OF ISSUES BY DEFENDANT-INTERVENOR-APPELLANT JOSEPH R. BIDEN, JR.

Pursuant to the Court's Order dated June 23, 2026, Defendant-Intervenor-Appellant Joseph R. Biden, Jr., respectfully submits the below statement of the issues to be raised in this appeal, along with a separately filed docketing statement; transcript status report; certificate as to parties, rulings, and related cases; and copy of the underlying decision.  A panel of this Court denied President Biden's motion for injunction pending appeal on July 20, 2026, and President Biden is considering

whether to seek further review. In the meantime, in accordance with the Court's June 23 Order, he is filing these initial submissions.

This appeal challenges the decision of Defendant-Appellee U.S. Department of Justice (the "Department") to disclose sensitive law enforcement records—recordings and transcripts of personal conversations that took place in President Biden's home in 2016 and 2017—to Plaintiffs-Appellees pursuant to a Freedom of Information Act request. President Biden contends that the Department's disclosure decision violates the Administrative Procedure Act because it is arbitrary and capricious, an abuse of discretion, and contrary to law. The district court entered an order denying President Biden's motion for a preliminary injunction on June 19, 2026. Order and Memorandum Opinion, *Heritage Foundation v. U.S. Dep't of Just.*, No. 24-cv-645 (DLF) (D.D.C. June 19, 2026), ECF Nos. 77-78. The issue presented in this appeal is whether the district court erred in denying the preliminary injunction.

DATED: July 23, 2026                    Respectfully submitted,

                                        /s/ Amy Jeffress
                                        Amy Jeffress, Bar No. 44740
                                        Kaitlin Konkel, Bar No. 64682
                                        Taisa M. Goodnature
                                        H. Atticus Ballesteros
                                        HECKER FINK LLP
                                        1050 K Street NW, 10th Floor
                                        Washington, DC 20001
                                        (212) 763-0883
                                        ajeffress@heckerfink.com

                                        *Counsel for Defendant-Intervenor-
                                        Appellant Joseph R. Biden, Jr.*