# UNITED STATES COURT OF APPEALS

## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 26-5235                                    2. DATE DOCKETED: 06-23-2026

3. CASE NAME (lead parties only) Heritage Foundation    v. U.S. Department of Justice

4. TYPE OF CASE:  ☒ District Ct -  ⊙ US Civil  ○ Private Civil  ○ Criminal  ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court    ☐ Original proceeding

5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?    ⊙ Yes  ○ No
   If YES, cite statute  28 U.S.C. § 1657(a)

6. CASE INFORMATION:
   a. District Court Docket No.          Bankruptcy Court Docket No.          Tax Court Docket No.
      Civil Action 1:24-cv-245-DLF       Bankruptcy                           Tax
      Criminal                           Adversary
      Miscellaneous                      Ancillary

   b. Review is sought of:
      ☐ Final Order    ☒ Interlocutory Order appealable as of right    ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Dabney L. Friedrich                    Magistrate Judge

   d. Date of order(s) appealed (use date docketed): 06/19/2026    e. Date notice of appeal filed: 06/23/2026
   f. Has any other notice of appeal been filed in this case?    ○ Yes  ⊙ No    If YES, date filed:
   g. Are any motions currently pending in trial court?  ○ Yes  ⊙ No    If YES, date filed:
      If YES, identify motion
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?    ⊙ Yes  ○ No
      If NO, why not?
   i. Has this case been before the Court under another appeal number? ○ Yes  Appeal #              ⊙ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ⊙ Yes  ○ No If YES, give each case's court and case name, and docket number:
      Biden v. U.S. Department of Justice, No. 1:26-cv-1818-TSC (D.D.C.)
   k. Does this case turn on validity or correct interpretation or application of a statute?    ⊙ Yes  ○ No
      If YES, give popular name and citation of statute 5 U.S.C. §§ 552 (FOIA), 552a (Privacy Act), and 706 (APA).

7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?  ○ Yes  ⊙ No    If so, provide program name and participation dates

Signature /s/ Amy Jeffress                    Date 07/23/2026
Name of Party Defendant-Intervenor-Appellant Joseph R. Biden Jr.
Name of Counsel for Appellant/Petitioner Amy Jeffress
Address  Hecker Fink LLP, 1050 K Street NW, 10th Floor, Washington, DC 20001
Phone ( 212 )  763-0883    Fax (    )        -

ATTACH A CERTIFICATE OF SERVICE

Note:  If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement.  Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)