No. 26-5235

In the United States Court of Appeals for the District of Columbia Circuit

———————

HERITAGE FOUNDATION & MIKE HOWELL,
*Plaintiff- Appellants,*

*v.*

DEPARTMENT OF JUSTICE.
*Defendant-Appellant.*

*v.*

JOSEPH R. BIDEN

*Defendant
Intervenor-Appellee*

———————

On Appeal from the United States District
Court for the District of Columbia

———————

## PLAINTIFFS' EMERGENCY MOTION TO DISSOLVE INJUNCTION PENDING APPEAL

———————

JEFFREY BOSSERT CLARK

The Oversight Project
211 N. Union St
Alexandria, VA 22314
Email: jeff@itsyourgov.org

SAMUEL EVERETT DEWEY
*Counsel of Record*
Chambers of Samuel Everett Dewey LLC
2200 12th Court North Apt. 609
Arlington VA 22201
(703) 261-4194
Email: Samueledewey@sedchambers.com

## CERTIFICATION

Plaintiff-Appellants certify as follows:

The Heritage Foundation has no parent entity and no entity has a greater than 10 percent ownership interest in Heritage Foundation. The Heritage Foundation is a 501(c)(3) nonprofit organization. Plaintiff Mike Howell is the President of The Oversight Project, a 501(c)(4) nonprofit organization dedicated to preserving American freedom by ensuring government is and remains responsible, accountable, and transparent to the American people.

Plaintiff-Appellants hereby submit this certificate.

**A. Parties and Amici**.

The parties who appear before the Court are: (1) Plaintiff-Appellant Heritage Foundation; (2) Plaintiff-Appellant Mike Howell; (3) Defendant-Appellant the Department of Justice; and (4) Defendant Intervenor-Appellee President Joseph R. Biden.

**B. Rulings Under Review.**

The ruling under review is an opinion and order denying a preliminary injunction. The opinion and order are attached to Defendants-Appellants' motion.

## C. Related Cases.

This case is related to *Biden v. DOJ*, No. 26-cv-1818 (D.D.C.)

This morning at 11:33 a.m., Defendant Intervenor-Appellee, former President Joseph R. Biden ("Biden") informed Defendant-Appellant the Department of Justice (the "Department") and Defendant Intervenor the House Judiciary Committee in *Biden v. DOJ*, No. 26-cv-1818 (D.D.C.) that he does not intend to seek further appellate review of this Court's Order denying his Motion for an Injunction Pending Appeal.  *See* Order, *Heritage Found. v. DOJ*, No. 26-5235 (D.C. Cir. July 10, 2026) ("Order").

Accordingly, this Court's administrative injunction entered to "allow Appellant, if he wishes, to seek further appellate review" should be immediately dissolved.  Order at 1.  The administrative injunction no longer serves its purpose.  Moreover, *vel non*, it has a questionable legal basis.  *See, e.g.*, *Kingdom v. Trump*, No. 13131, 2026 WL 1905418, at *1 (D.C. Cir. June 17, 2026) (explaining that "[t]here does not appear to be any 'discernable legal basis . . . for issuing administrative injunctions'" (citation omitted)).  Immediately dissolving the injunction presents no hardship to Biden; has he has voluntarily surrendered its benefits.  Conversely, there is clear harm in enjoining the Department for no purpose.  *See, e.g.*, *INS v. Legalization Assistance Project*, 510 U.S. 1301, 1305–06 (1994) (O'Conner, J., In Chambers).  Moreover, it is in the public

1

interest to allow immediate release of records for which this Court has found a "substantial" "public interest in disclosure."  Order at 3; *see, e.g.*, Pls.' Opp'n to Mot. for Inj. Pending App. at 22–24 (June 30, 2026) (discussing need for *prompt* disclosure).

The Department consents to this Motion.  Counsel for Biden has not stated a position as of the time of this filing.

The administrative injunction should be dissolved forthwith.

Respectfully submitted,


Dated:  July 24, 2026                    Respectfully submitted,

  /s/ Samuel Everett Dewey

SAMUEL EVERETT DEWEY
Chambers of Samuel Everett Dewey LLC
2200 12th Court North Apt. 609
Arlington VA  22201
(703) 261-4194
Email: samueledewey@sedchambers.com

2

JEFFREY BOSSERT CLARK

The Oversight Project
211 N. Union St
Alexandria, VA 22314
Email: jeff@itsyourgov.org

## CERTIFICATE OF
## COMPLIANCE

1.      This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the portions of the brief exempted by Fed. R. App. P. 32(f), this document contains 272 words.

2.      This document complies with the typeface and type-style requirements of Fed. R. App. P. 32(a)(5) and (a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook typeface.

*/s/ Samuel Everett Dewey*

4

## CERTIFICATE OF SERVICE

The undersigned certifies that, on this 24th day of July 2026, I filed the foregoing motion using this Court's Appellate CM/ECF system, which effected service on all parties.

*/s/ Samuel Everett Dewey*