ORAL ARGUMENT NOT YET SCHEDULED

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

HERITAGE FOUNDATION, *et al.*,

      Plaintiffs-Appellees,

      v.

DEPARTMENT OF JUSTICE,

      Defendant-Appellee,

      &

JOSEPH R. BIDEN, JR.,

      Defendant-Intervenor-Appellant.

No. 26-5235

**CONSENT MOTION TO DISSOLVE ADMINISTRATIVE INJUNCTION**

Pursuant to Federal Rule of Appellate Procedure 27, the Department of Justice hereby moves to dissolve the Court's administrative injunction. Intervenor Joseph R. Biden, Jr., consents to this motion, and plaintiffs have filed a motion seeking the same relief.

This appeal arises out of the government's decision to release certain materials to plaintiffs in response to a FOIA request that they filed.

Intervenor moved in district court for a preliminary injunction to block that release; that motion was denied, although the district court granted a temporary three-week injunction to allow intervenor to seek review in this Court.

Intervenor appealed and moved for an injunction pending appeal. On July 20, this Court denied that motion, but the Court entered an administrative injunction through August 3 "to allow [intervenor], if he wishes, to seek further review." Order 1 (July 20, 2026). Today, intervenor informed the government that he does not intend to seek further review of the panel's denial of his motion. In light of that decision, there is no longer any basis for an administrative injunction. Particularly given the "substantial" "public interest in disclosure of the requested materials," Order 3, the government respectfully requests that the Court dissolve its administrative injunction to permit the government to promptly release the requested materials. Intervenor has consented to this motion.

Respectfully submitted,

DANIEL TENNY

 *s/ Sean R. Janda*
SEAN R. JANDA
*Attorneys, Appellate Staff*
*Civil Division, Room 7260*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 514-3388*

July 2026                                *sean.r.janda@usdoj.gov*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 216 words. This motion also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared using Microsoft Word 2016 in CenturyExpd BT 14-point font, a proportionally spaced typeface.

/s/ *Sean R. Janda*

Sean R. Janda