# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5235**

**September Term, 2025**

**1:24-cv-00645-DLF**

**Filed On:** July 27, 2026

Heritage Foundation and Mike Howell,

      Appellees

    v.

United States Department of Justice,

      Appellee

Joseph R. Biden, Jr.,

      Appellant

**BEFORE:**    Srinivasan, Chief Judge, and Katsas and Pan, Circuit Judges

## O R D E R

Upon consideration of the plaintiffs' emergency motion to dissolve injunction pending appeal, the government's motion to dissolve administrative injunction, and Appellant Biden's consent to the government's motion, it is

**ORDERED** that the administrative injunction entered on July 10, 2026, and extended on July 20, 2026, be dissolved.

### Per Curiam

             **FOR THE COURT:**
             Clifton B. Cislak, Clerk

      BY:    /s/
             Lynda M. Flippin
             Deputy Clerk