# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5235** **September Term, 2026**

**1:24-cv-00645-DLF**

**Filed On:** October 28, 2026

Heritage Foundation and Mike Howell,

Appellees

v.

United States Department of Justice,

Appellee

Joseph R. Biden, Jr.,

Appellant

**BEFORE:** Pillard, Wilkins, and Garcia, Circuit Judges

**O R D E R**

Upon consideration of the suggestion of mootness, it is

**ORDERED** that this appeal be dismissed as moot.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to issue the mandate forthwith to the district court.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Selena R. Gancasz
Deputy Clerk